# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CHAD BATTERMAN,

          Petitioner

          v.

SILVIA SANTO,

          Respondent

: No. 108 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.